■ FRANCES J. TAITT, Appellant, v CHARLES D. SNELLING et al., Respondents. (Appeal No. 1.) [902 NYS2d 481]—Appeal from an order of the Supreme Court, Jefferson County (Hugh A. Gilbert, J.), entered May 29, 2009. The order denied the motion of plaintiff for judgment notwithstanding the verdict or, in the alternative, for a new trial.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Smith v Catholic Med. Ctr. of Brooklyn & Queens*, 155 AD2d 435 [1989]; *see also* CPLR 5501 [a] [1], [2]). Present—Smith, J.P., Fahey, Carni, Green and Gorski, JJ.